IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY L. WALKER,** | : | **CIVIL ACTION NO. 1:06-CV-2411** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WILLIAM WENTZ,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of April, 2007, upon consideration of the motion for leave to file a second amended complaint (Doc. 13), and it appearing that defendant has filed an answer to the first amended complaint, see FED. R. CIV. P. 15(a) (providing that after a responsive pleading has been served, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party"); see also id. ("[L]eave shall be freely given when justice so requires."), and that the requested amendment is justified because plaintiff has retained counsel since filing his first amended complaint, it is hereby ORDERED that:

1. The motion to amend the complaint (Doc. 13) is GRANTED.

2. The Clerk of Court is directed to remove the proposed document (Doc. 14, Ex. 1) from the docket and file it as a second amended complaint as of the date of this order.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge